IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADA JOHNSON,

      Plaintiff,

vs.                                            CASE NO.  4:05-CV-019-SPM

WENDTAL, LLC,

      Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to Plaintiff's "Notice of Dismissal" (doc. 21) filed August 22, 2005 and Federal Rule of Civil Procedure 41, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of August, 2005.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge

/pao